UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DALTON WESLEY SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2561** |
| **GRETNA POLICE DEPARTMENT, ET AL.** | **SECTION: "B"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 6th day of September, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE